UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HUBBARD,<br><br>        Plaintiff,<br><br>v.<br><br>DANIEL V. ABARCA, et al.,<br><br>        Defendants. | Case No. 2:19-cv-00069-JAK (JPRx)<br><br>**AMENDED JUDGMENT** |

For the reasons stated in the concurrently filed Order Re Plaintiff's Ex Parte Motion to Modify Judgment, the Order re Ex Parte Application for Entry of Stipulated Judgment (the "Judgment" (Dkt. 77)) is amended as follows:

1. The Judgment is vacated as to Defendants Daniel V. Abarca, Maria D. Hernandez, and Min Seok Kim.
2. This Amended Judgment is entered in favor of Plaintiff and solely against KKPL Corporation in the amount of $13,750, plus $500 in attorney's fees and costs.
3. The amount of prejudgment simple interest as of the date of Judgment, June 2, 2020, which was calculated at the rate of 10% per annum on these amounts with accrual starting on May 16, 2020, is $70.27. Post-judgment interest shall accrue in conformance with the applicable federal statute and regulations.

**IT IS SO ORDERED.**

Dated: August 26, 2020   _____
John A. Kronstadt
United States District Judge